**Appeal Reinstated and Order filed September 8, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00719-CV
_____

### BUG STATE PEST CONTROL, INC., Appellant

### V.

### ACCUTROL EXTERMINATING & MOSQUITO SYSTEMS, LLC; ACCUTROL PEST MANAGEMENT, LLC; AND BRYAN ZENTKOVICH, Appellees

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-51567**

## ORDER

This appeal was abated by order of May 17, 2022 until July 18, 2022, for finalization of settlement documents. As of this date, no dispositive motion or motion to extend the abatement has been filed. Accordingly, the appeal is reinstated, and appellant's brief is due thirty (30) days from the date of this order.

PER CURIAM

Panel Consists of Justices Spain, Poissant and Wilson.